IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 1 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-WY-1969-CAB (OES)

KUNAL PADHIAR,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
an Illinois corporation,

    Defendant.

---

**ORDER**

---

**IT IS HEREBY ORDERED**, irrespective of the Local Rules of the United States District Court District of Colorado regarding electronic filing, that a hard copy of all documents hereafter filed in the above-entitled case shall be sent to the Wyoming chambers of this Court. The address is: United States District Court District of Wyoming, Judge Brimmer's Chambers, 2120 Capitol Avenue, Second Floor, Cheyenne, Wyoming 82001.

Dated this 27th day of July, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

CIVIL ACTION NO. 03-WY-1969 CB(OES)
Order of Reference to United States Magistrate Judge
December 16, 2003

## CERTIFICATE OF MAILING

A copy of the Order of Reference to United States Magistrate Judge, signed by Chief Judge Lewis T. Babcock, on December 16, 2003, has been hand delivered, placed in respective court pick-up boxes or deposited in the U.S. mails, postage prepaid, to the following December 16, 2003, by :

(X)　　delivered to:

Magistrate Judge O. Edward Schlatter

Sheryl Lynn Anderson, Esq.
Suanne M. Dell, Esq.
Wells, Anderson & Race LLC
USDC BOX   24

AND

(X)　　deposited in U.S. mail, postage prepaid, to:

Gregory A. Gold, Esq.
Kiel, Treaux & Gold, PC
7375 East Orchard Road, #300
Greenwood Village, CO 80111

L. Dan Rector, Esq.
Julie Cliff, Esq.
The Carey Law Firm
2301 East Pikes Peak Avenue
Colorado Springs, CO 80909


GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk